IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES DOTSON**                                                                                         **PETITIONER**

VS.                        **CASE NO.: 5:14CV00397 SWW-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                             **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed any objections to the Recommendation. This Court adopts the Recommendation as its own. James Dotson's petition for writ of habeas corpus (docket entry #1) and amended petition for writ of habeas corpus (#3) are DISMISSED, with prejudice.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this 29th day of May 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE