**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JAMES DOTSON**                                                                                        **PETITIONER**

**VS.**                    **CASE NO.: 5:14CV00397 SWW-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                    **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, James Dotson's 28 U.S.C. § 2254 petition for writ of habeas corpus and amended petition for writ of habeas corpus are DISMISSED, with prejudice.

IT IS SO ORDERED, this 29th day of May 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1